UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: SHOUKAT SUNDHU : Chapter 13
       Debtor :

: Bankruptcy No. 19-12045
:

**O R D E R**

AND NOW, this _____ day of April 2019, upon consideration of the Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. §362 ("the Motion") and there being no opposition to the motion,

It is hereby **ORDERED** that:

1. The Motion is granted.
2. The Automatic Stay is extended and imposed with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

**Date: May 8, 2019**

_____
Jean K. FitzSimon
Bankruptcy Judge