UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :

SHOUKAT SUNDHU

                                                              : Chapter 13

              Debtor(s)                                     : Bankruptcy No. 19-12045JKF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: October 21, 2019**

Jean K. FitzSimon,
U.S. Bankruptcy Judge