United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 19-12045-jkf
Shoukat Sundhu                                                                Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: Oct 21, 2019
                              Form ID: pdf900          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2019.
```
db              +Shoukat Sundhu,    6116 Tabor Ave,    Philadelphia, PA 19111-5732
14302974        +Bank of New York Mellon,    475 Crosspoint Parkway,    Getzville, NY 14068-1609
14302976        +Furniture Mecca,    101 E. Venango Street,    Philadelphia, PA 19134-1022
14302977        +James P. McGarrity,    1500 JFK Boulevard,    Suite 405,    Philadelphia, PA 19102-1713
14302981        +Penn Foster School,    P.O Box 75,    Archbald, PA 18403-0075
14304462        +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                  Attn: Bankruptcy Dept 3F
14302982        +Philadelphia Gas Works,    1601 S. Broad Street,    Philadelphia, PA 19148-1003
14302983        +T Mobile,   800 SW 39th Str. Suite #100,    PO Box 9004,    Renton, WA 98057-9004
14318120        +The Bank of NY Mellon,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14339715        +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Oct 22 2019 03:32:41      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA   19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 22 2019 03:32:13
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA   17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 22 2019 03:32:29     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14302975        +E-mail/Text: megan.harper@phila.gov Oct 22 2019 03:32:41      City of Philadelphia,
                  Department of Revenue,    1401 JFK Boulevard,    Philadelphia, PA 19102-1697
14396387        +E-mail/Text: megan.harper@phila.gov Oct 22 2019 03:32:41
                  City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                  1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
14302979        +E-mail/Text: ecfbankruptcy@progleasing.com Oct 22 2019 03:32:25      NPRTO North-East, LLC,
                  256 W. Data Drive,    Draper, UT 84020-2315
14324096        +E-mail/Text: ecfbankruptcy@progleasing.com Oct 22 2019 03:32:25      NPRTO North-East, LLC,
                  256 West Data Drive,    Draper, UT 84020-2315
14302980        +E-mail/Text: bankruptcygroup@peco-energy.com Oct 22 2019 03:31:59      PECO,
                  2301 Market Street,    Philadelphia, PA 19103-1380
14302984        +E-mail/Text: megan.harper@phila.gov Oct 22 2019 03:32:41      Water Revenue Bureau,
                  1401 JFK Boulevard,    Philadelphia, PA 19102-1663
14383714        +E-mail/Text: megan.harper@phila.gov Oct 22 2019 03:32:41      Water Revenue Bureau,
                  c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                  1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14302978       Mecca Furniture
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2019 at the address(es) listed below:
```
              JAMES P. MCGARRITY    on behalf of Debtor Shoukat  Sundhu mcgarritylaw@gmail.com,
               mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
```

```
District/off: 0313-2          User: Randi                 Page 2 of 2                   Date Rcvd: Oct 21, 2019
                              Form ID: pdf900             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee et al... bkgroup@kmllawgroup.com
        SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com, ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                  :

SHOUKAT SUNDHU

                                                                         : Chapter 13

         Debtor(s)                                            : Bankruptcy No. 19-12045JKF


# O R D E R


**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

_____
Jean K. FitzSimon,
U.S. Bankruptcy Judge

**Date: October 21, 2019**